UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CYNTHIA L. SCHEMENAUER,<br><br>                    Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br><br>                    Defendant. | Case No. 3:15-cv-00001-LRH-WGC<br><br>ORDER |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (ECF No. 30[1]) entered on January 29, 2016, recommending granting plaintiff's Motion to Remand to Social Security Administration (ECF No. 14) entered on April 15, 2015, denying defendant's Cross-Motion for Summary Judgment (ECF No. 16) entered on April 30, 2015, and remanding the matter to the ALJ for further proceedings consistent with the Report and Recommendation..  No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the

---

[1] Refers to the Court's Electronic Case Filing number.

1

Magistrate Judge's Report and Recommendation (ECF No. 30) entered on January 29, 2016, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 30) entered on January 29, 2016, is adopted and accepted, and plaintiff's Motion to Remand to Social Security Administration (ECF No. 14) is GRANTED.

IT IS FURTHER ORDERED that defendant's Cross Motion for Summary Judgment (ECF No. 16) is DENIED.

IT IS FURTHER ORDERED that this matter is remanded to the ALJ for further proceedings consistent with the Report and Recommendation (ECF No.30).

IT IS SO ORDERED.

DATED this 22nd day of March, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE