UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| CYNTHIA SCHEMENAUER,<br><br>         Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Commissioner of<br>Social Security Administration,<br><br>         Defendants. | 3:15-cv-00001-LRH (WGC)<br><br>ORDER |

      The Court has considered the Report and Recommendation of United States Magistrate Judge William G. Cobb (#40) entered on January 12, 2017, in which the Magistrate Judge recommends that the Commissioner's request in its opposition (ECF No. 36) to strike Plaintiff's submission be denied, that the Plaintiff's request for reimbursement of fees (ECF No. 35) should be granted in part, and that Plaintiff should be awarded costs in the amount of $532.17. No objections to the Report and Recommendation have been filed. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#40); therefore,

IT IS ORDERED that Plaintiff's request for reimbursement of fees (ECF No. 35) is GRANTED in accordance with the Report and Recommendation, and Plaintiff is awarded costs in the amount of $532.17.

IT IS FURTHER ORDERED that the Commissioner's request to strike Plaintiff's submission is DENIED.

IT IS SO ORDERED.

DATED this 31st day of January, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE